IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENDAN MILLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| ROSENBERG POLICE DEPARTMENT | § | |
| | § | JURY DEMANDED |
| Defendants. | § | |

DEFENDANT'S NOTICE OF REMOVAL AND JURY DEMAND

1.    The City of Rosenberg, Texas, sued through the Rosenberg Police Department, is the defendant in a civil action filed on December 9, 2024, in Cause No. 24-DCV-323944, in the 400th Civil District Court in Fort Bend County, Texas, entitled *Kendan Miller vs. Rosenberg Police Department.*

2.    Plaintiff's Original Petition and Jury Demand is the initial pleading set forth the claim upon which the action is based.

3.    The Defendant first received a copy of the petition on December 11, 2024, and the Defendant removed this case to federal court within thirty (30) days thereafter.

4.    The following constitutes all of the processes, pleadings, and orders served upon Plaintiff and Defendant(s) in this action:

(a) Plaintiff's Original Petition

(b) Docket Sheet

(c) Request for Process to Rosenberg Police Department

(d) Citation by Certified mail to Rosenberg Police Department

150961584.1

(e) Service Returned

(f) Defendant's Answer and Defenses

4.      This is a civil action of which this federal court has original jurisdiction under Title 28 U.S.C. §1331, and is one that the defendant is entitled to remove to this Court under 28 U.S.C. §1441 in that the action involves civil claims arising under Constitution and laws of the United States thereby triggering this Court's federal question jurisdiction.

5.      Venue is proper in the Southern District of Texas because the events which form the basis of the suit occurred in Fort Bend County, Texas, which is located in the Southern District of Texas, Houston Division.

## JURY DEMAND

6.      Defendant demands a trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER

7.      Defendant prays that the above styled and named action pending in the 400th Civil District Court of Fort Bend County, Texas, be transferred from that Texas Court to this Federal Court for jury trial if the suit is not dismissed before trial by the court.

## INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

(a) Plaintiff's Original Petition

(b) Docket Sheet

(c) Request for Process to Rosenberg Police Department

(d) Citation by Certified mail to Rosenberg Police Department

(e) Service Returned

(f) Defendant's Answer and Defenses

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Norman Ray Giles*
WILLIAM S. HELFAND
Attorney-in-Charge
State Bar No. 09388250
Southern District of Texas Bar No. 8791
NORMAN RAY GILES
State Bar No. 24014084
Southern District of Texas Bar No. 26966
Lewis Brisbois Bisgaard & Smith, LLC
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (832) 460-4606
Fax: (713) 759-6830
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded

on January 13, 2025, to the plaintiff at the address below for delivery by the United States

mail.

Kendan Miller, *Pro Se*                    ***Via CM-RRR***
915 Cole Avenue, #1202
Rosenberg, Texas 77471
Ph. (832) 759-1956


*/s/ Norman Ray Giles*
NORMAN RAY GILES

24-DCV-323944
PETID      1
Petition
7193154

Cause # 2 4 - D C V - 3 2 3 9 4 4

| | | |
|---|---|---|
| KENDAN MILLER | S | IN THE DISTRICT COURT |
| Plaintiff | S | |
| | S | |
| v. | S | FORT BEND COUNTY, TEXAS |
| | S | |
| ROSENBERG POLICE DEPARTMENT | S | |
| Defendant | S | _____ THE JUDCIAL DISTRICT |
| DISTRICT kn | | |

## PLAINTIFF'S ORIGINAL PETITON

TO THE HORNORABLE STATE DISTRICT JUDGE:

COMES NOW, KENDAN MILLER, Plaintiff, and complains of ROSENBERG POLICE DEPARTMENT, Defendant, as follows:

I.

## PARTIES

Plaintiff Kendan Miller is an individual residing in Fort Bend County, Texas.
Defendant Rosenberg Police Department is a corporation in the State of Texas.
Defendant may be served at Office location 2120 4th st, Rosenberg, Texas 77471. **NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

II.

## VENUE

Venue of this action is proper in Fort Bend County, Texas because the parties to this lawsuit transact business in Fort Bend County, Texas, the actions, events, and transactions which gave rise to the causes of action alleged herein took place in Fort Bend County, Texas, and the causes of action alleged herein also accrued in Fort Bend County, Texas,

III.

## NATURE OF LAWSUIT

FILED

2024 DEC -9 PM 3: 28

CLERK DISTRICT COURT
FORT BEND CO., TX NO

ROUTED TO COURT 12/10/2024 CB
RT'D TO D. CLERK   12-10-24 AA

This is a constitutional and civil rights violation lawsuit pursuant to the Privileges and Immunities Clause, Article IV, Section 2, Clause 1, Violation of the Foreign Sovereign Immunities Act, Title 28, Section 1602-1611, Violation of the Public Vessels Act, 46 U.S.C.A. Appendix Section 781-790 as originally enacted.

IV.

FACTS

Plaintiff is a Native man, a natural born state citizen/private citizen of Texas, in its constitutional capacity, as one of the several states of the union and is an inhabitant thereof, and is owed the Law Of Peace. On or around December 5, 2024, the Rosenberg police department and its officers, subjected the plaintiff to harassment, coercion, unlawful detainment, trespass, police misconduct, treason and tyranny.

While plaintiff was exercising his right to travel, the Rosenberg police department and its officers pulled over the plaintiff illegally and unlawfully detained the plaintiff while he was traveling throw town center in Rosenberg, Texas. While traveling, the plaintiff pulled over after a patrol vehicle from the Rosenberg Police department turned on the patrol vehicle lights and suggested the plaintiff to pull into the dollar general parking lot near town center. After the plaintiff came to a complete stop, the plaintiff asked, what was the reason he was being pulled over and asked officer Manriquez, badge number 529, for his reasonable articulable suspicion that the plaintiff committed a crime as well as the singular articulate fact that the plaintiff committed a crime. Officer Manriquez stated the reason for this stop in question was due to traffic violations.

The plaintiff went on to give officer Manriquez who was accompanied by two other officers, one being of the name, officer M. Dostal, from the Rosenberg police department and another being Sargent J. Rivera, also from the Rosenberg police department. Plaintiff handed officer Manriquez his private traveler's notice as well as a photo identification form. Plaintiff explained to each of the three officers that he was not driving and that the officers was in fact depriving him of his civil rights and his constitutional right to travel.

Plaintiff explained on several occasions to the officers, that he was not a driver and that he was not engaging in driving. The Rosenberg police department and its officers ignored the plaintiff and subjected the plaintiff to unlawful detainment. The Rosenberg police department and its officers continued trespass and harass the plaintiff even after the plaintiff tried to refer the officers to the Texas criminal and traffic manual book. Plaintiff also gave the Rosenberg police department and its officers his private travelers notice and right to travel document as well. Plaintiff explained that he was not engaging in any type of commerce and was not a driver, instead that he was privately traveling.

Plaintiff referred the Rosenberg police department and its officers to sec. 502.003 of the Texas traffic manual, which explained, what a driver is as well as what's engaging or being involved in commerce. The Rosenberg police department and its officers completely ignored the plaintiff concerns being in complete ignorance of the Texas law and citated the plaintiff. The officers went on to threat the plaintiff after he refused to sign the citations by stating that if he did not sign the citations or give his signature that he will be taken to jail. The Rosenberg police department also took pictures of the plaintiff for court purposes. Shortly after the Rosenberg police department and its officers placed road spikes in front of the plaintiff vehicle and subjected the plaintiff to scare tactics as well as coercion to retrieve the plaintiff signature.

V.

## PLAINTIFF'S CAUSE OF ACTION FOR CIVIL RIGHTS VIOLATION

Plaintiff realleges all factual allegations set forth above and would show that Defendant is liable for civil rights/ constitutional violations pursuant to Privileges and Immunities Clause, Article IV, Section 2, Clause 1, as well as Foreign Sovereign Immunities Act, Title 28, section 411.

VI.

## REQUEST FOR JURY

Plaintiff respectfully requests a trial by jury and tenders the Jury fee.

VII.

## CONDITIONS PRECEDENT

Pursuant to Rule 54 of the Texas Rules of Civil Procedure, all conditions precedent to Plaintiffs right to recover damages against the Defendant herein have occurred or have been performed.

VIII.

## DAMAGES

Plaintiff is now suffering and will continue to suffer irreparable injury, monetary, emotional, actual, consequential, and compensatory damages because of Defendants wrongful actions unless and until this courts grants relief.

Plaintiff further pleads that Defendant's civil rights violation actions against him were perpetrated with malice or with reckless indifference for his rights, also a jurisdiction breach of

plaintiff contract. As such plaintiffs moves to court for exemplary damages in the amount of 200,000.00 dollars.

IX.

PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff Kendan Miller prays that Defendant Rosenberg Police Department be cited to appear for court hearing, January 7, 2025, at 9:00 am and that on final trail, Plaintiff be granted relief follows:

1. Judgment against the Defendant in excess of the minimum jurisdiction limits the court;
2. Injunctive relief, equitable relief, and a directive by the court that Defendants actions violated the Privileges and Immunities Clause, Article IV, Section 2, Clause 1, Violation of the Foreign Sovereign Immunities Act, Title 28, Section 1602-1611, Violation of the Public Vessels Act, 46 U.S.C.A. Appendix Section 781-790 as originally enacted.
3. Judgment against the Defendant Declaring that Defendant violated plaintiffs rights under the Privileges and Immunities Clause, Article IV, Section 2, Clause 1, Violation of the Foreign Sovereign Immunities Act, Title 28, Section 1602-1611, Violation of the Public Vessels Act, 46 U.S.C.A. Appendix Section 781-790 as originally enacted.
4. An award of actual, liquidated, consequential, and compensatory damages on all counts;
5. An award of exemplary damages on all counts;
6. Cost of suit and reasonable attorneys fees;
7. Prejudgment and post judgment interest as provided by law;
8. Such other and further relief, in law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,
By: Kendan Miller©

Kendan Edmond Miller

Kendan Miller
915 cole Avenue #1202
Rosenberg, Texas 77471
Tel. 832-759-1956

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : Fort Bend   Images Help

# Register of Actions
## Case No. 24-DCV-323944

| | |
|---|---|
| Kendan Miller v. Rosenberg Police Department | §<br>§<br>§<br>§<br>§ |

| | |
|---|---|
| Case Type: | **Other Civil** |
| Date Filed: | **12/09/2024** |
| Location: | **400th District Court** |

---

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant or Respondent** | City of Rosenberg, Texas | **William Scott Helfand**<br>*Retained*<br>713-659-6767(W) |
| **Defendant or Respondent** | **Rosenberg Police Department**<br>Rosenberg, TX 77471 | |
| **Plaintiff or Petitioner** | **Miller, Kendan Edmond**<br>Rosenberg, TX 77471 | **Pro Se** |

---

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 12/09/2024 | <u>Petition</u>    **Index # 1** | | |
| | *Plaintiff's Original Petition* | | |
| 12/09/2024 | <u>Affidavit/Statement of Inability to Afford Costs</u>    **Index # 2** | | |
| | *Statement of Inability to Afford Payment of Court Costs or an Appeal Bond* | | |
| 12/09/2024 | <u>Request</u>    **Index # 3** | | |
| | *Request for Process* | | |
| 12/11/2024 | <u>Issuance</u>    **Index # 4** | | |
| | *Citation by C/M Issued to Rosenberg Police Department* | | |
| 12/11/2024 | Citation | | |
| | CMRRR# 9314 8699 0430 0129 2530 22 | | |
| | Rosenberg Police Department | Served | 12/13/2024 |
| | | Returned | 12/18/2024 |
| 12/11/2024 | <u>Issuance</u>    **Index # 5** | | |
| | *Citation Issued to Rosenberg Police Department* | | |
| 12/11/2024 | Citation | | |
| | PCT 4 | | |
| | Rosenberg Police Department | Served | 12/17/2024 |
| 12/18/2024 | <u>Officers Return</u>    **Index # 6** | | |
| | *Citation Return for Rosenberg Police Department. Served on 12/12/2024* | | |
| 12/18/2024 | <u>Officers Return</u>    **Index # 7** | | |
| | *Citation by C/M Return for Rosenberg Police Department. Served on 12/13/2024* | | |
| 01/10/2025 | <u>Answer/Contest/Response/Waiver</u>    **Index # 8** | | |
| | *Defendant's Answer and Defense* | | |

---

### Financial Information

| | | |
|---|---|---|
| **Plaintiff or Petitioner** Miller, Kendan Edmond | | |
| Total Financial Assessment | | 530.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 01/10/2025** | | **530.00** |
| | | |
| 12/09/2024 | Transaction Assessment | 350.00 |
| 12/09/2024 | Transaction Assessment | 92.00 |
| 12/10/2024 | Transaction Assessment | 80.00 |
| 12/11/2024 | Transaction Assessment | 8.00 |



# BEVERLEY MCGREW WALKER

### DISTRICT CLERK
Fort Bend County, Texas

## REQUEST FOR PROCESS
**All sections <u>must</u> be completed for processing this request.**



24-DCV-323944
REQU        3
Request
7193237

---

**Section 1:**
Cause No. ___2 4 - D C V  - 3 2 3 9 4 4___

Style: ___Kendan Miller___    VS ___Rosenberg Police Department___

---

**Section 2:**
## Check Process Type:

- [x] Citation
- [ ] Citation by Posting
- [ ] Temporary Restraining Order
- [ ] Citation by Secretary of State
- [ ] Application for Protective Order / Temporary (Ex Parte) Protective Order
- [ ] Citation by Publication*:
  - [ ] **Daily:** Fort Bend Herald      [ ] **Once a Week:** Fort Bend Independent
  - [ ] **Other:** _____
  - * In Accordance with the Fort Bend County Term Contract for Newspaper Publication of Legal Notices
- [ ] TCPRC 17.032 Citation by Publication
  *(Citation will be posted by the District Clerk's Office on the Office of Court Administration website)*
- [ ] Other _____

- [ ] Precept to Serve / Notice of Hearing
- [ ] Citation by Commissioner of Insurance
- [ ] Notice of Registration of Foreign Judgment
- [ ] Writ of _____

### REQUEST FOR ISSUANCE OF SUBPOENA MUST BE SUBMITTED ON A SUBPOENA APPLICATION FORM

---

**Section 3:**
## Title of Document/Pleading to be attached for service: ___Plaintiff's Original Petition___

---

**Section 4:**
## Parties to be Served (Please type or print):
1. Name: ___Rosenberg Police Department___

   Address: ___2120 4th street___

   City: ___Rosenberg___    State: ___TX___    Zip: ___77471___

2. Name: _____

   Address: _____

   City: _____    State: _____    Zip: _____

FILED

STATE DEC -9 PM 3:28

*Beverly McGrew Walker*
CLERK DISTRICT COURT
FORT BEND CO., TX

Rev. 05/25/23

3. Name:_____

Address: _____

City:_____ State:_____ Zip:_____

4. Name:_____

Address: _____

City:_____ State:_____ Zip:_____

**Section 5**

## Check Service Type — Additional fees may apply:

☑ Fort Bend County – Constable*               ☐ District Clerk Service**

☐ Fort Bend County – Sheriff*                    ☑ Certified Mail

☐ Registered Mail (Out of Country)           ☐ e-Service***

                                                              ☐ Not Applicable – See Section 7 (Pro-Se only)

\* Fort Bend County Constable and Sheriff will <u>only</u> serve within their jurisdiction.
\*\* Fort Bend County District Clerk's Office will <u>only</u> conduct service on Citation by Publications posted on the Office of Court Administration website.
\*\*\* Service papers will be e-mailed directly to the Pro-Se Party or the Attorney's e-mail address registered with the Texas State Bar.

**Section 6 (<u>ONLY</u> if Section 7 does not apply)**

**Please Note:  Our office will <u>ONLY</u> use the e-Service e-mail address registered with the <u>Texas State Bar</u>.**

## Attorney Name:_____

Address:_____
                                    Street/P.O. Box

_____    _____    _____
          City                                    State                           Zip

Telephone No._____ Bar No. _____

**Section 7 (<u>ONLY</u> if Section 6 does not apply)**

## Pro-Se Name: *Kendan Miller*

Address:_____*915 Cole Ave  # 1202*_____
                                    Street/P.O. Box

_____*Rosenberg*_____    ____*Tx*____    ____*77471*____
          City                                    State                           Zip

Telephone No.*832 759 1956*  E-mail Address *Kendanm 1989 @ yahoo.con*

## Pro-Se Service Only:

☐ **E-mail to Pro-Se***        ☐ **Mail to Pro-se Party**        ☐ **Hold for Pick up**

\* Service papers will be mailed or e-mailed directly to the Pro-Se Party requesting service

**Physical Address**
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas  77469

Phone: (281) 341-4509
Fax: (281) 341-4519

**Mailing Address**
301 Jackson Street, Room 101
Richmond, Texas  77469

2 of 2

**SERVICE FEE COLLECTED
BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:    **ROSENBERG POLICE DEPARTMENT
2120 4TH ST
ROSENBERG TX  77471**


**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **December 09, 2024,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **400TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **24-DCV-323944**  and is styled:

**KENDAN MILLER V. ROSENBERG POLICE DEPARTMENT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**KENDAN MILLER
915 COLE AVE #1202
ROSENBERG TX  77471
832-759-1956**


The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 11th day of December, 2024.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: *Carlene Blum*

**Deputy District Clerk** CARLENE BLUM
**Telephone:** (281) 341-3754

**24-DCV-323944**                                    **400th Judicial District Court**
**Kendan Miller v. Rosenberg Police Department**

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20__, at _____ o'clock ____M.  Executed

at _____, within the County of _____

_____, at _____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                      (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                        (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation issued to Rosenberg Police Department on 12/11/2024.

**SERVICE FEE COLLECTED BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:    **ROSENBERG POLICE DEPARTMENT**
       **2120 4TH ST**
       **ROSENBERG TX  77471**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **December 09, 2024,** a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **400TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **24-DCV-323944** and is styled:

**KENDAN MILLER V. ROSENBERG POLICE DEPARTMENT**

The name and address of the attorney for **PLAINTIFF(S)** is:

**KENDAN MILLER**
**915 COLE AVE #1202**
**ROSENBERG TX  77471**
**832-759-1956**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 11th day of December, 2024.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
**Deputy District Clerk** CARLENE BLUM
**Telephone:** (281) 341-3754

**SERVICE**

24-DCV-323944                                    400th Judicial District Court
Kendan Miller v. Rosenberg Police Department

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20__, at _____ o'clock ___M.  Executed

at _____, within the County of _____

_____, at ____o'clock ___M. on the _____ day of _____,

20__, by delivering to the within named _____

_____, in person, a true copy of this citation together with the accompanying copy of the petition, having first

attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of

delivery.

Total fee for serving ___ citation at $80.00 each  $_____

_____
Name of Officer or Authorized Person

_____County, Texas

By:_____
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                        (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                                (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification

### SERVICE

Citation issued to Rosenberg Police Department on 12/11/2024.

**SERVICE FEE COLLECTED BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:    **ROSENBERG POLICE DEPARTMENT**
       **2120 4TH ST**
       **ROSENBERG TX  77471**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **DECEMBER 09, 2024,** a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **400TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **24-DCV-323944**  and is styled:

**KENDAN MILLER V. ROSENBERG POLICE DEPARTMENT**

The name and address of the attorney for **PLAINTIFF** is:

**KENDAN MILLER**
**915 COLE AVE #1202**
**ROSENBERG TX  77471**
**832-759-1956**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 11th day of December, 2024.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas77469

By: *Carlene Blum*

**Deputy District Clerk** CARLENE BLUM
**Telephone:** (281) 341-3754

24-DCV-323944                                              400th Judicial District Court
Kendan Miller v. Rosenberg Police Department

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **9th day of December, 2024** at **3:28 PM** o'clock and executed at **2120 4TH ST  ROSENBERG TX 77471,** on the **December 11, 2024,** by delivering to the within named **ROSENBERG POLICE DEPARTMENT** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9314 8699 0430 0129 2530 22

**FILED**

**DECEMBER 11, 2024**

**AT 10:06 AM**

*Beverley McGrew Walker*

**CLERK DISTRICT COURT, FORT BEND CO., TX**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469
By: *Carlene Blum*
**Deputy District Clerk** Carlene Blum

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is
                        (First, Middle, Last)

_____, and my address is _____
                                                          (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the _____day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Rosenberg Police Department on 12/11/2024.

**SERVICE FEE COLLECTED**
**BY DISTRICT CLERK**

THE STATE OF TEXAS

CITATION

TO:     **ROSENBERG POLICE DEPARTMENT**
        **2120 4TH ST**
        **ROSENBERG TX  77471**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **DECEMBER 09, 2024,** a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **400TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **24-DCV-323944**  and is styled:

**KENDAN MILLER V. ROSENBERG POLICE DEPARTMENT**

The name and address of the attorney for **PLAINTIFF** is:

**KENDAN MILLER**
**915 COLE AVE #1202**
**ROSENBERG TX  77471**
**832-759-1956**

The nature of the demands of said    **PLAINTIFF** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 11th day of December, 2024.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469
By: _Carlene Blum_
**Deputy District Clerk** Carlene Blum
**Telephone:** (281) 341-3754

**SERVICE**

**24-DCV-323944**                                      **400th Judicial District Court**
**Kendan Miller v. Rosenberg Police Department**

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the _____ at _____ o'clock and executed _____

_____, on the _____, by delivering to the within named _____

_____ by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this

citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$** _____

CMRRR# _____

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
**Deputy District Clerk** Carlene Blum

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is
                   (First, Middle, Last)

_____, and my address is _____
                                                        (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the _____ day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## SERVICE

Citation (By Certified Mail) issued to Rosenberg Police Department on 12/11/2024.

Filed
1/10/2025 2:30 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Shayla Startley

CAUSE NO: 24-DCV-323944

|  |  |  |
|---|---|---|
| KENDAN MILLER | § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § | |
| v. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| ROSENBERG POLICE DEPARTMENT | § | |
| *Defendant.* | § | 400TH JUDICIAL DISTRICT |
| | § | |

## DEFENDANT'S ANSWER AND DEFENSE

1.     Defendant City of Rosenberg, Texas, sued as the Rosenberg Police Department,

files and serves its answer and defenses as follows.

## GENERAL DENIAL

2.     Defendant generally denies all claims and allegations in Plaintiff's petition.

## DEFENSE

3.     Plaintiff fails to state a claim for which relief may be granted.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Norman Ray Giles*
WILLIAM S. HELFAND
Attorney-in-Charge
State Bar No. 09388250
Southern District of Texas Bar No. 8791
bill.helfand@lewisbrisbois.com
NORMAN RAY GILES
State Bar No. 24014084
Southern District of Texas Bar No. 26966
norman.giles@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith, LLC
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (832) 460-4606 / Fax: (713) 759-6830
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded on January 10, 2025, to the plaintiff at the address below for delivery by the United States mail.

Kendan Miller, *Pro Se*　　　　　　**Via CM-RRR**
915 Cole Avenue, #1202
Rosenberg, Texas 77471
Ph. (832) 759-1956


　　　　　　　　　　　　　　　　*/s/ Norman Ray Giles*
　　　　　　　　　　　　　　　　NORMAN RAY GILES

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Nancy Newkirk on behalf of William Helfand
Bar No. 9388250
Nancy.Newkirk@lewisbrisbois.com
Envelope ID: 96089801
Filing Code Description: Answer/Response
Filing Description: Defendant's Answer and Defense
Status as of 1/10/2025 3:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Helfand | | bill.helfand@lewisbrisbois.com | 1/10/2025 2:30:29 PM | SENT |
| Norman Giles | | Norman.Giles@lewisbrisbois.com | 1/10/2025 2:30:29 PM | SENT |
| Nancy Newkirk | | nancy.newkirk@lewisbrisbois.com | 1/10/2025 2:30:29 PM | SENT |
| Margie Putman | | margie.putman@lewisbrisbois.com | 1/10/2025 2:30:29 PM | SENT |