UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENDAN MILLER, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00152 |
| | § | |
| CITY OF ROSENBERG, TEXAS, *et al.*, | § | |
|    Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 21, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 9). Judge Bray filed a Memorandum and Recommendation on May 18, 2025, recommending that this lawsuit be dismissed for failure to prosecute (Dkt. 15).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1)    Judge Bray's Memorandum and Recommendation (Dkt. 15) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)   This case is **DISMISSED with PREJUDICE.**

It is so **ORDERED**.

SIGNED at Houston, Texas on June 10, 2025.

                                              */s/ George C. Hanks, Jr.*
                                              GEORGE C. HANKS, JR.
                                              UNITED STATES DISTRICT JUDGE